PROB 12B  
(7/93)

Report Date: January 22, 2013

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Dionte Tyrell Webb | Case Number: 2:01CR00150-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 6/17/2002 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 12/10/2012 |
| Original Sentence: Prison - 151 Months; TSR - 36 Months | Date Supervision Expires: 12/9/2015 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

7   You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Webb commenced his term of supervision in the Eastern District of Washington on December 4, 2012.  Since that time, he has failed to secure a stable residence, and has been homeless.  Further, he has consumed marijuana and methamphetamine.  Dionte Webb is presently participating in intensive outpatient treatment at Adept Assessment Center in Spokane, and has been very candid about his continued drug use.  Placement at an RRC will provide a stable, structured residence for Mr. Webb, and will allow him to continue with substance abuse counseling, seek employment and an approved residence.  Subsequently, the above modification of conditions is being submitted to Your Honor for consideration.

Attached is a waiver of hearing to modify conditions of supervised release signed by Dionte Webb.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 01/22/2013 |
| | s/Richard Law |
| | Richard Law  U.S. Probation Officer |

Prob 12B
**Re:  Webb, Dionte Tyrell**
**January 22, 2013**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Fred Van Sickle
_____
Signature of Judicial Officer

01/24/13
_____
Date