PROB 12C
(7/93)

Report Date: February 6, 2013

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dionte Webb         Case Number: 2:01CR00150-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 6/17/2002

| | | |
|---|---|---|
| Original Offense: | Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 151 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: 12/10/2012 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: 12/9/2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (including urinalysis and patch), as directed by they supervising probation officer, in order to confirm your continued abstinence from these substances.

**Supporting Evidence**: On February 5, 2103, Mr. Webb submitted a urine specimen to his Washington State Department of Corrections' community corrections officer. Said urine specimen yielded positive findings for marijuana and methamphetamine. Mr. Webb signed an admission of drug use form admitting that he consumed marijuana and methamphetamine on February 2 and 3, 2013.

2     **Special Condition # 16**: You shall undergo a substance abuse evaluation as directed by the supervising probation officer, and if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall allow full

        reciprocal disclosure between the probation officer and treatment provider.  You shall contribute to the cost of treatment according to your ability, as determined by the supervising probation officer.

        **Supporting Evidence**: Dionte Webb failed to attend scheduled substance abuse treatment sessions at Adept Assessment Center on January 28, 30, and February 4, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/06/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

February 7, 2013

Date