PROB 12C
(7/93)

Report Date: June 6, 2013

# United States District Court

for the

## Eastern District of Washington

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**JUN 06 2013**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dionte Webb                Case Number: 2:01CR00150-001

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 6/17/2002

| | |
|---|---|
| Original Offense: | Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 151 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: 12/10/2012

Date Supervision Expires: 12/9/2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On May 29, 2013, Dionte Webb submitted a urine specimen that revealed positive findings for marijuana. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On May 16, 2013, Mr. Webb was directed to contact the probation office on a daily basis. Mr. Webb stopped contacting the probation office daily on June 1, 2013. |

Prob12C
Re: Webb, Dionte
June 6, 2013
Page 2

| | |
|---|---|
| 3 | **Special Condition # 16**: You shall undergo a substance abuse evaluation as directed by the supervising probation officer, and if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall allow full reciprocal disclosure between the probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability, as determined by the supervising probation officer. |
| | **Supporting Evidence**: On May 30, 2013, Mr. Webb was unsuccessfully discharged from substance abuse treatment at ADEPT Assessment Center in Spokane, Washington. The discharge summary report reflects this decision was based on repeated positive drug tests submitted by Mr. Webb, poor attitude, and not coming to class prepared. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/06/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

June 6 2013
Date